Brent R. Wilson, ISB No. 8936
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: 208.344.6000
Facsimile: 208.954.5261
Email: bwilson@hawleytroxell.com

Attorneys for Trustee Patrick J. Geile

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re: | ) | Case No. 21-40045-JMM |
|---|---|---|
| DARRELL JASON ESTERBROOK and HEIDI JEAN ESTERBROOK, | ) ) ) | Chapter 7 |
| Debtors. | ) ) ) | |

# **FINAL APPLICATION FOR ALLOWANCE OF FEES AND COSTS FOR COUNSEL**

**Notice of Final Application for Allowance of Fees and Costs for Counsel
and Opportunity to Object and for a Hearing**

**No Objection.** The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within **twenty-one (21)** days of the date of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

**Objection.** Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.

**Hearing on Objection.** The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

FINAL APPLICATION FOR ALLOWANCE OF FEES AND COSTS FOR
COUNSEL - 1

Brent R. Wilson of Hawley Troxell Ennis & Hawley LLP (the "**Applicant**") applies to the Court for allowance of attorney fees and costs pursuant to 11 U.S.C. §§ 327 and 330 and Federal Rule of Bankruptcy Procedure 2016(a).  The Applicant respectfully states and represents to the Court that:

1. The Applicant is the attorney of record Chapter 7 Trustee Patrick J. Geile (the "**Trustee**"), for the bankruptcy estate of Darrell Jason Esterbrook and Heidi Jean Esterbrook (the "**Estate**"), and makes this application for allowance of compensation for professional services rendered, and for reimbursement for actual, necessary costs and expenses incurred representing the Trustee.

2. In representing the Trustee, as detailed below, the Applicant investigated the financial affairs of the Darrell Jason Esterbrook and Heidi Jean Esterbrook ("**Debtors**"), researched claims held by the Estate, researched assets held in the names of entities controlled and owned by Debtors, drafted documents transferring assets to the Estate from Debtors' entities, and negotiated and discussed issues with the title company and Debtors' counsel.  These efforts allowed for the sale of real property by the Estate with a net recovery to the Estate of approximately $182,400.00, which will result in a distribution to creditors.

3. All services for which compensation is requested by the Applicant were performed for and on behalf of the Trustee as the representative of the Estate, and not on behalf of any committee, creditor, or any other person.  Each attorney involved in the services for which compensation is requested are specifically identified on the attached **Exhibit A**, and incorporated herein by reference.

FINAL APPLICATION FOR ALLOWANCE OF FEES AND COSTS FOR
COUNSEL - 2

4.       The Applicant is seeking payment of the attorney fees and costs pursuant to the Contract of Employment attached to the Application to Employ Counsel as Exhibit A [Dkt. No. 21] filed on April 2, 2021, which was approved by Order of the Court on April 27, 2021 [Dkt. No. 30].

5.       The Applicant has rendered services to the Trustee in the manner described on the attached Exhibit A.  The total amount of attorney fees stated in Exhibit A is **$6,557.50**.

6.       Further details of the work performed by the Applicant in this case, as well as other details as provided in the Narrative Summary form required by the U.S. Trustee, are attached hereto as **Exhibit B**.  The project summary of services rendered to Trustee is as follows.

  a)   <u>Application to Employ and Investigate Assets of the Estate</u>.  Upon being contacted by Trustee, the Applicant reviewed the legal claims and analysis involved in the case, reviewed all the schedules, and the Applicant prepared and filed an application to be employed.  The Applicant conducted research into the assets of the Estate, including assets held in entities owned and controlled by Debtors.  The benefit to the Estate was to commence the case and compile necessary information to eventually pursue Estate claims.  The status of this project is complete and was conducted by Brent Wilson.  The total number of hours under this project was approximately 2.6 hours and the fees sought are based upon the fee agreement.  However, because 2.1 hours of work were conducted prior to filing the application to employ, the Applicant is not seeking compensation for those hours worked herein, as identified in Exhibit A.

  b)   <u>Evaluate Assets of the Estate, Draft Documents to Transfer Property to the Estate; and Negotiate with Debtors' Counsel and Title Company</u>.  The Applicant evaluated assets of the Estate, including the Estate's right and interest in entities owned and controlled by Debtors.  The Applicant contacted counsel for Debtors and discussed issues related to the real property and its eventual sale.  The Applicant further drafted documents to cause the transfer of interests in the entities owned by Debtors to the Estate as well as transfer of real property to the Estate, which was sold with a recovery to the Estate of approximately $182,400.00, for the benefit of Debtors' creditors.  The benefit to the Estate was that the actions resulted in a sale of the real property, which resulted in a recovery for the Estate that will be distributed to creditors.  The status of this project is

FINAL APPLICATION FOR ALLOWANCE OF FEES AND COSTS FOR
COUNSEL - 3

complete and was conducted by Brent Wilson. The total number of hours under this project was approximately 22 hours and the fees sought are based upon the fee agreement.

   c) <u>Fee Application</u>. The Applicant drafted this Application, and all exhibits thereto. The benefit to the Estate was the payment of Trustee's counsel to move the case to a position to pay the creditors of the Estate and eventually close the case. The status of this project is pending court approval and was conducted by Brent Wilson. The total number of hours under this project was approximately 2.0 hours and the fees sought are based upon the fee agreement.

  7. The fees requested by this Application shall not be shared with any other parties outside the Applicant's law firm.

  8. The source of funds of any compensation granted to Applicant will be paid from the funds currently being held by the Estate or that will be acquired by the Estate via the sale of the real property. There are sufficient funds, or will be upon completion of the sale, in the Estate to pay the fees requested through this Application.

  9. The Applicant has not received any attorney fees or costs from the Estate, and this Application will be the only Application for compensation by Applicant.

  10. The Trustee has reviewed this Application and approved the Application and amounts requested.

  **WHEREFORE**, the Applicant requests that an allowance be made in the sum of <u>**$6,557.50**</u> for services rendered on behalf of the Trustee as part of the attorney fees and costs for the representation of the Trustee in the above-captioned bankruptcy case.

DATED THIS 2nd day of December, 2021.

          HAWLEY TROXELL ENNIS & HAWLEY LLP


          By /s/ Brent R. Wilson
           Brent R. Wilson, ISB No. 8936
           Attorneys for Trustee Patrick J. Geile

FINAL APPLICATION FOR ALLOWANCE OF FEES AND COSTS FOR
COUNSEL - 5

59053.0002.14300201.1

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of December, 2021, I electronically filed the foregoing FINAL APPLICATION FOR ALLOWANCE OF FEES AND COSTS FOR COUNSEL with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Chad Moody | chad@angstman.com |
| U.S. Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Patrick Geile | pgeile@foleyfreeman.com |

AND, I HEREBY CERTIFY that I have served the foregoing document to the following non-CM/ECF Registered Participants **via U.S. Mail** (list names and addresses):

**Darrell Jason Esterbrook and Heidi Jean Esterbrook**
499 Clover Ave
Twin Falls, ID 83301


/s/ Brent R. Wilson
Brent R. Wilson

FINAL APPLICATION FOR ALLOWANCE OF FEES AND COSTS FOR COUNSEL - 6

59053.0002.14300201.1

# EXHIBIT A

# HAWLEY TROXELL
ATTORNEYS AND COUNSELORS

Boise • Coeur d'Alene • Idaho Falls • Pocatello • Reno

Remit to:
Hawley Troxell Ennis & Hawley
877 Main Street, Suite 1000
Post Office Box 1617
Boise, Idaho 83701-1617
EIN: 82-0259668
208.344.6000 • Fax 208.954.5284
www.hawleytroxell.com

Patrick J. Geile, Chapter 7 Trustee
P.O. Box 925
Meridian, Idaho 83680
PGeile@foleyfreeman.com

Billing Attorney:   BWIL
Invoice No:         435708
Invoice Date:       November 30, 2021
File Number:        59053.0002

**For Services Through November 30, 2021:**
**Esterbrook/Milk Hauler Logistics, LLC / Represent Trustee in Bankruptcy Case**

| | |
|---|---:|
| Legal Services: | $6,557.50 |
| Disbursements and Other Charges: | $0.00 |
| **Total Due This Invoice:** | **$6,557.50** |

*Interest on past due amounts will be due if this invoice is not paid on or before 12/30/21*

| Date | Professional | Hours | Description of Legal Services | Amount |
|---|---|---|---|---:|
| 04/01/21 | BWIL | 2.10 | **FEE/EMPLOYMENT APPLICATIONS**: Draft application to employ (0.9); review schedules of the debtors to determine disclosures (0.4); draft verified statement of counsel (0.4); and draft employment agreement with trustee and communicate with trustee via email (0.4). | **No charge to Estate, prior to filing application to employ** |
| 04/02/21 | BWIL | 0.50 | **FEE/EMPLOYMENT APPLICATIONS**: Finalize and file application to employ and verified statement. | $132.50 |
| 04/21/21 | BWIL | 0.50 | **ASSET ANALYSIS AND RECOVERY:** Review notes and evaluate claims (0.5). | $132.50 |
| 04/23/21 | BWIL | 0.90 | **ASSET ANALYSIS AND RECOVERY:** Review status and notes of 341 meeting to determine plan of action (0.8); and email with the trustee to set time to discuss (0.1). | $238.50 |

PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE
Current charges only.  Unpaid balances not included.
Disbursements not yet recorded will be included in future invoices.
After 30 days, a monthly interest charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due.
Should a collection action or proceeding be necessary, attorney's fees and costs for such collection effort will also be due.
Hawley Troxell Ennis & Hawley LLP

59053.0002.14302935.1

| | | | November 30, 2021 | |
|---|---|---|---|---|
| File No.: 59053-0002 | | | | Invoice No. 435708 |

| Date | Professional | Hours | Description of Legal Services | Amount |
|---|---|---|---|---|
| 04/26/21 | BWIL | 0.60 | **ASSET ANALYSIS AND RECOVERY:** Review schedules and notes from 341 meeting to determine plan of action and prepare for call with trustee tomorrow. | $159.00 |
| 04/27/21 | BWIL | 0.40 | **ASSET ANALYSIS AND RECOVERY:** Call with the trustee regarding plan of action. | $106.00 |
| 04/27/21 | BWIL | 1.10 | **ASSET ANALYSIS AND RECOVERY:** Initial review of documents provided by the Trustee's office related to the claims to be asserted as to the real property. | $291.50 |
| 05/14/21 | BWIL | 1.70 | **ASSET ANALYSIS AND RECOVERY:** Evaluate schedules further (0.5); research LLC issues related to property of the estate (1.0); and email with the trustee regarding status (0.2). | $450.50 |
| 05/17/21 | BWIL | 0.30 | **LITIGATION:** Finalize and send demand letter to debtor's counsel regarding real property and assets of MHL. | $79.50 |
| 05/21/21 | BWIL | 0.80 | **LITIGATION:** Call with debtors' counsel regarding demand letter and resolution (0.4); and call with the trustee to discuss call and plan of action (0.4). | $212.00 |
| 05/27/21 | BWIL | 0.20 | **LITIGATION:** Emails with the debtors' counsel regarding property valuation (0.1); and update the trustee (0.1). | $53.00 |
| 06/09/21 | BWIL | 0.40 | **LITIGATION:** Review offer letter from the debtor (0.2); and evaluate appraisal of the home (0.2). | $106.00 |
| 06/11/21 | BWIL | 0.50 | **ASSET ANALYSIS AND RECOVERY:** Evaluate status of the case (0.1); review offer letter further and review schedules of the debtor (0.3); and email to the trustee (0.1). | $132.50 |
| 07/09/21 | BWIL | 0.90 | **ASSET ANALYSIS AND RECOVERY:** Call with the trustee regarding appraisal of real property and plan of action (0.2); draft counter-demand letter to debtors (0.6); and correspond with trustee and revise letter (0.1). | $238.50 |
| 07/12/21 | BWIL | 0.60 | **LITIGATION:** Revise demand letter (0.4); and call and email to C. Moody for debtor (0.2). | $159.00 |
| 07/13/21 | BWIL | 0.90 | **LITIGATION:** Call with C. Moody regarding value of the property, etc. (0.2); email with the trustee (0.1); and revise and send demand letter to C. Moody (0.6). | $238.50 |
| 07/20/21 | BWIL | 0.40 | **LITIGATION:** Review email from debtor's counsel (0.1); email and call with Trustee (0.2); and email to counsel for the debtor on trustee's response (0.1). | $106.00 |

| | | | November 30, 2021 | |
|---|---|---|---|---|
| File No.: 59053-0002 | | | | Invoice No. 435708 |

| Date | Professional | Hours | Description of Legal Services | Amount |
|---|---|---|---|---|
| 07/22/21 | BWIL | 0.40 | **LITIGATION:** Call with debtor's counsel regarding exemption claims (0.2); review schedules (0.1); and call with trustee regarding the same (0.1). | $106.00 |
| 08/06/21 | BWIL | 0.30 | **LITIGATION:** Call with debtors counsel on claims and demand (0.2); and update the trustee via email (0.1). | $79.50 |
| 08/09/21 | BWIL | 0.80 | **LITIGATION:** Evaluate response from debtor on real property issue (0.2); and determine plan of action to sell real property, etc. (0.6). | $212.00 |
| 08/11/21 | BWIL | 0.70 | **ASSET ANALYSIS AND RECOVERY:** Evaluate response by the debtor (0.2); and evaluate best approach to sell real property (0.5). | $185.50 |
| 08/31/21 | BWIL | 0.60 | **ASSET ANALYSIS AND RECOVERY:** Email with the trustee regarding status (0.1); review file and status of the case (0.2); and emails with the title company regarding proposed sale (0.3). | $159.00 |
| 09/27/21 | SFRI | 0.20 | **ASSET ANALYSIS AND RECOVERY:** Telephone call from B. Wilson re LLC authority question. | $65.00 |
| 09/27/21 | BWIL | 0.40 | **ASSET ANALYSIS AND RECOVERY:** Evaluate Idaho state law as to LLC issues (0.2); email with the trustee (0.1); and review document for assignment (0.1). | $106.00 |
| 09/29/21 | BWIL | 1.50 | **ASSET ANALYSIS AND RECOVERY:** Draft assignment of LLC interest (1.0); email with the trustee (0.1); draft email to counsel for the debtors (0.2); and evaluate status (0.2). | $397.50 |
| 10/06/21 | BWIL | 0.20 | **ASSET ANALYSIS AND RECOVERY:** Review email from the trustee on sale and pending issue (0.1); and email to counsel for the debtor regarding agreement (0.1). | $53.00 |
| 10/14/21 | BWIL | 0.50 | **ASSET ANALYSIS AND RECOVERY:** Call with Chad Moody, counsel for the debtor regarding assignment (0.2); evaluate issues (0.1); and send email to the trustee with update and advice regarding the same (0.2). | $132.50 |
| 10/15/21 | BWIL | 2.90 | **ASSET ANALYSIS AND RECOVERY:** Review operating agreement of Milk Hauler (1.0); draft amendment to operating agreement and resolutions of the company (1.0); draft quitclaim deed to chapter 7 trustee (0.8); and email chapter 7 trustee (0.1). | $768.50 |

| File No.: 59053-0002 | | | November 30, 2021 | | | Invoice No. 435708 |

| Date | Professional | Hours | Description of Legal Services | Amount |
|---|---|---|---|---|
| 11/08/21 | BWIL | 2.20 | **ASSET ANALYSIS AND RECOVERY:** Call with the trustee on issues related to the sale of the real property (0.4); research issues related to administrative dissolution of an LLC and transfer of property (1.5); and prepare analysis (0.3). | $583.00 |
| 11/10/21 | BWIL | 0.70 | **ASSET ANALYSIS AND RECOVERY:** Finalize analysis of title company issue regarding administrative dissolution of the LLC (0.4); and draft email to the trustee on findings (0.3). | $185.50 |
| 11/15/21 | BWIL | 0.40 | **ASSET ANALYSIS AND RECOVERY:** Evaluate title company emails regarding issues (0.2); and draft response email (0.2). | $106.00 |
| 11/18/21 | BWIL | 0.30 | **ASSET ANALYSIS AND RECOVERY:** Evaluate status of the title company's inquiry on sale. | $79.50 |
| 11/30/21 | BWIL | 1.90 | **FEE/EMPLOYMENT APPLICATIONS:** Draft application for compensation (1.4); and draft all related documents (0.5). | $503.50 |
| | | | **Total Fees:** | **$6,557.50** |

**Summary of Legal Services**

| Professional | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Brent Wilson | Partner | 26.60 | $265.00 | $7,049.00 [less $556.60 for pre-application work] |
| Stephen Frinsko | Partner | 0.20 | $325.00 | $65.00 |
| | | 26.80 | | $7,114.00 |
| | **Total Current Billing:** | | | **$6,557.50** |

Page 4

59053.0002.14302935.1

File No.: 59053-0002                           November 30, 2021                           Invoice No. 435708

**For Your Convenience We Accept Payments By Credit Card or Electronic Check**

To make a secure online payment, visit us at https://hawleytroxell.com.  Hover over the Contact Us link to access the Client Payment Portal link. Make a quick one-time payment or create a profile with password for returning clients.

Or complete the information requested below

Mail or fax the completed form to:

Hawley Troxell Ennis & Hawley LLP

Attn: Billing Department

P. O. Box 1617

Boise, ID 83701-1617

Fax (208) 954-5284

Cardholder's Name: _____

Account Number: _____   Expiration Date:  Mo.: _____   Year: _____

Security Code (3 or 4-digit number on card):   _____

Address: _____

Zip Code of Credit Card Billing Address:   _____

How may we contact you?  Telephone number: _____   E-Mail: _____

Amount to be Charged: $ _____

Hawley Troxell Ennis & Hawley LLP File Number or Invoice Number:   _____

By signing below, client gives informed consent to any disclosures required by the card company and understands the actual costs of using a credit card.

Cardholder's
Signature: _____   Date: _____

Page 5

59053.0002.14302935.1

# EXHIBIT B

- 1 -

# NARRATIVE SUMMARY

| I. | **BACKGROUND.** The background information of the bankruptcy case, to the best of Applicant's knowledge, is as follows: | |
|---|---|---|
| A. | Date the bankruptcy petition was filed. | January 22, 2021 |
| B. | Date of application and order authorizing employment of applicant's firm. | Application: 04/02/2021 (Dkt. No. 22) Order Approving Application: 04/27/2021 (Dkt. No. 30) |
| C. | On whose behalf are the services being provided? | Patrick J. Geile, Chapter 7 Trustee |
| D. | Date services commenced. | 04/02/2021 |
| E. | Employment on hourly or contingency basis (list any limitations or caps). | Hourly at $265 |
| F. | Rate charged non-bankruptcy clients for similar services. | Brent Wilson's current hourly rate for other clients is $265 |
| G. | Application for interim or final compensation and expenses. | Final |
| H. | Time period of the services or expenses covered by the application. | 04/02/2021 – Present Day |
| I. | Is the application filed less than 120 days after the order of relief or prior application. | No |
| II. | **CASE STATUS.** (complete for chapter 7 or 11 cases) | |
| A. | Amount of cash on hand or in deposit in the estate. | $182,400 |
| B. | Amount and nature of accrued unpaid administrative expenses (include trustee fees and expenses, if applicable). | TBD |
| C. | The amount of unencumbered funds in the estate. | $182,400 |
| D. | Operating profit of loss, if applicable. | N/A |
| E. | Estimated date for Trustee's Final | TBD |

NARRATIVE SUMMARY - 1 -

# NARRATIVE SUMMARY

|  |  |
|---|---|
| Report to be filed. |  |
| III.  **PROJECT SUMMARY.** | LIST OF PROJECTS OR TASKS WHICH ARE ITEMIZED ON EXHIBIT "A" AND DISCUSSED IN THE APPLICATION |
| Identify each discrete project or task for which compensation or reimbursement of expenses is sought. Each project itemization must include, on a separate attachment.<br><br>a. Description of the project, its necessity and benefit to the estate and the status of the project.<br><br>b. Identification of each person providing billable services on the project.<br><br>c. A statement of the number of hours spend and amount of compensation requested for each professional and paraprofessional for each project.<br><br>d. Itemized time and service entries including chronologically listing of date of service, description of service and time spent on providing service. | <u>Application to Employ and Investigate Assets of the Estate</u>. Upon being contacted by Trustee, the Applicant reviewed the legal claims and analysis involved in the case, reviewed all the schedules, and the Applicant prepared and filed an application to be employed. The Applicant conducted research into the assets of the Estate, including assets held in entities owned and controlled by Debtors. The benefit to the Estate was to commence the case and compile necessary information to eventually pursue Estate claims. The status of this project is complete and was conducted by Brent Wilson. The total number of hours under this project was approximately 2.6 hours and the fees sought are based upon the fee agreement. However, because 2.1 of work were conducted prior to filing the application to employ, the Applicant is not seeking compensation for those hours worked herein, as identified in Exhibit A.<br><br><u>Evaluate Assets of the Estate, Draft Documents to Transfer Property to the Estate; and Negotiate with Debtors' Counsel and Title Company</u>. The Applicant evaluated |

NARRATIVE SUMMARY - 2 -

# NARRATIVE SUMMARY

| | |
|---|---|
| | assets of the Estate, including the Estate's right and interest in entities owned and controlled by Debtors. The Applicant contacted counsel for Debtors and discussed issues related to the real property and its eventual sale. The Applicant further drafted documents to cause the transfer of interests in the entities owned by Debtors to the Estate as well as transfer of real property to the Estate, which was sold with a recovery to the Estate of approximately $182,400.00, for the benefit of Debtors' creditors. The benefit to the Estate was that the actions resulted in a sale of the real property, which resulted in a recovery for the Estate that will be distributed to creditors. The status of this project is complete and was conducted by Brent Wilson. The total number of hours under this project was approximately 22 hours and the fees sought are based upon the fee agreement. <br><br> <u>Fee Application</u>. The Applicant drafted this Application, and all exhibits thereto. The benefit to the Estate was the payment of Trustee's counsel to move the case to a position to pay the creditors of the Estate and eventually close the case. The status of this project is pending court approval and was conducted by Brent Wilson. The total number of hours under this project was |

NARRATIVE SUMMARY - 3 -

# NARRATIVE SUMMARY

|  | approximately 2.0 hours and the fees sought are based upon the fee agreement.<br><br>**TOTAL HOURS (itemized in Exhibit A and the Application): 26.6** |
|---|---|
|  |  |

## CERTIFICATION

The applicant certifies that the person on whose behalf the applicant is employed has received and reviewed the application for compensation and reimbursement for expenses. The applicant further certifies that the person on whose behalf the applicant is employed has:

☑ Approved the Application
☐ Not Approved the Application


                                                /s/ Brent R. Wilson_____
                                                APPLICANT

NARRATIVE SUMMARY - 4 -